**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 21-12407 - B - 13
Manuela Bettencourt,               ) Docket Control No. SDS-1
              Debtor.              ) Document No. 30
                                   ) Date: 03/09/2022
                                   ) Time: 9:30 AM
_____) Dept: B
```

**Order**

For the reasons set forth in the court's minutes, docket number 49,

IT IS ORDERED that the Motion to Confirm Plan is DENIED WITHOUT PREJUDICE.

Dated: Mar 10, 2022

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

[30] - Motion/Application to Confirm Chapter 13 Plan [SDS-1] Filed by Debtor Manuela Bettencourt (vmcf)