# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

In re:  |  Case No. 21-12407

    MANUELA BETTENCOURT

    Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Lilian G. Tsang, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/14/2021.

2) The plan was confirmed on 05/06/2022.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan 08/04/2023.

5) The case was completed on 08/07/2025.

6) Number of months from filing or conversion to last payment: 46.

7) Number of months case was pending: 48.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $13,357.27.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $46,968.00 |
| Less amount refunded to debtor | $49.00 |
| **NET RECEIPTS:** | **$46,919.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $18,296.48 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,757.26 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$22,053.74** |
| Attorney fees paid and disclosed by debtor: | $1,000.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLIANT CAPITAL MANAGEMENT | Unsecured | NA | 4,284.11 | 4,284.11 | 385.57 | 0.00 |
| AWA COLLECTIONS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CALIFORNIA ACCOUNTS SERVICES | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 15,875.00 | 15,954.48 | 14,039.94 | 14,039.94 | 422.91 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 1,914.54 | 1,914.54 | 172.31 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | NA | 238.45 | 238.45 | 21.46 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 450.00 | 523.93 | 523.93 | 47.15 | 0.00 |
| CREDIT COLLECTION SERVICE | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICE | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| DFS CASH CENTRAL OF CA | Unsecured | 3,594.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT ADVANTAGE CREDIT | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| FINWISE BANK | Unsecured | 1,956.00 | 1,956.96 | 1,956.96 | 176.13 | 0.00 |
| GRACE CONDE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| JD RECEIVABLES LLC | Unsecured | NA | 1,476.25 | 1,476.25 | 132.86 | 0.00 |
| LELA MAE PORTFOLIO MANAGEM | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,304.00 | 1,417.27 | 1,417.27 | 127.55 | 0.00 |
| MEDICREDIT INC | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 1,200.00 | 1,170.72 | 1,170.72 | 105.36 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 652.00 | 692.30 | 692.30 | 62.31 | 0.00 |
| MONTGOMERY WARD | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL COLLEGIATE STUDENT | Unsecured | 20,231.00 | 29,131.26 | 29,131.26 | 2,621.81 | 0.00 |
| NATIONAL COLLEGIATE STUDENT | Unsecured | 16,850.00 | 24,234.96 | 24,234.96 | 2,181.15 | 0.00 |
| NATIONAL COLLEGIATE STUDENT | Unsecured | 18,578.00 | 26,801.81 | 26,801.81 | 2,412.16 | 0.00 |
| NATIONAL COLLEGIATE STUDENT | Unsecured | 3,500.00 | 4,227.70 | 4,227.70 | 380.49 | 0.00 |
| NAVIENT PC TRUST | Unsecured | 11,372.00 | 11,336.45 | 11,336.45 | 1,020.28 | 0.00 |
| NISWI LLC DBA LENDUMO | Unsecured | 2,370.00 | NA | NA | 0.00 | 0.00 |
| PLAZA SERVICES LLC | Unsecured | NA | 5,411.57 | 5,411.57 | 487.04 | 0.00 |
| PREMIER BANKCARD LLC | Unsecured | 764.00 | 764.17 | 764.17 | 68.78 | 0.00 |
| SUSANNAH CARDOSO | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TARGET FINANCE LLC | Unsecured | 3,302.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MANAGEMENT | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,039.94 | $14,039.94 | $422.91 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$14,039.94** | **$14,039.94** | **$422.91** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$115,582.45** | **$10,402.41** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $22,053.74 |
| Disbursements to Creditors | $24,865.26 |
| **TOTAL DISBURSEMENTS** : | **$46,919.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/08/2025

By: /s/ Lilian G. Tsang
　　　　Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**